IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02339-MSK-MEH

MICHELLE GARCIA,

    Plaintiff,

v.

DILLON COMPANIES, INC.,
a Kansas corporation,
d/b/a CITY MARKET,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 11, 2006.**

    Plaintiff's Unopposed Motion for Leave of Court to amend Expert Witness Report [Filed August 11, 2006; Docket #16] is **granted**. Plaintiff may amend her expert witness report on or before September 25, 2006. Defendant may amend its rebuttal expert report on or before October 2, 2006.