IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02339-MSK-MEH

MICHELLE GARCIA,

      Plaintiff,
v.

DILLON COMPANIES, INC.,
a Kansas corporation,
d/b/a CITY MARKET,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 25, 2006.**

      Plaintiff seeks an extension of discovery and the dispositive motion deadline on the grounds that recently received disclosures may necessitate more depositions. Plaintiff, however, does not yet know which witnesses will need to be deposed, or whether, in fact, any witness will need to be deposed. Under these circumstances, the Court does not find that good cause exists to amend the Scheduling Order, as required by Fed. R. Civ. P. 16(e). Accordingly, Plaintiff's Motion to Extend Discovery Cutoff [Filed September 18, 2006; Docket #22] is **denied**.