IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02339-MSK-MEH

MICHELLE GARCIA,

    Plaintiff,

v.

DILLON COMPANIES, INC.,
a Kansas corporation,
d/b/a CITY MARKET,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 9, 2006.**

    Before the Court is Defendant's Motion to Strike Plaintiff's Amended Expert Witness Report [Docket #27]. Plaintiff has responded, stating that she withdraws her amended expert witness report and relies on the original report. Therefore, Defendant's Motion is **denied** as moot.