IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02339-MSK-MEH

MICHELLE GARCIA,

    Plaintiff,

v.

DILLON COMPANIES, INC.,
a Kansas corporation,
d/b/a CITY MARKET,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 9, 2006.**

    Before the Court is Defendant's Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) [Docket #30]. Plaintiff failed to respond. Good cause having been established by the Motion and no rebuttal having been proffered, Defendant's Motion is **granted**.