IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02339-MSK-MEH

MICHELLE GARCIA,

       Plaintiff,

v.

DILLON COMPANIES, INC., a Kansas corporation,
d/b/a CITY MARKET,

       Defendant .

---

## ORDER

---

THIS MATTER is before the Court on Plaintiff's Motion to Withdraw **(#29)** and

Plaintiff's Unopposed Motion to Withdraw Motion to Withdraw **(#47).** The Court being fully

advised in the foregoing,

**ORDERS** that  Plaintiff's Unopposed Motion to Withdraw Motion to Withdraw **(#47) is**

**DENIED**.  Plaintiff's Motion to Withdraw **(#29) is DENIED as moot.**

Dated this 21st day of November, 2006

       **BY THE COURT:**

       *Marcia S. Krieger*

       _____

       Marcia S. Krieger
       United States District Judge