IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02339-MSK-MEH

MICHELLE GARCIA,

      Plaintiff,
v.

DILLON COMPANIES, INC.,
a Kansas corporation,
d/b/a CITY MARKET,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 5, 2006.**

    Plaintiff has filed a Motion for Extension of Time to be able to re-depose two of Defendant's employees based on documents received from Defendant two days prior to the close of discovery. Defendant asserts that these documents were produced late because Plaintiff did not initially disclose the existence or certain facts that were in her diary. Even so, Defendant's disclosures come two months after the depositions, and this Court finds good cause to allow the extension to the extent that the supplemental disclosures so warrant. Based on the limited information over which Plaintiff seeks to re-depose Mr. Rick Bamford and Mr. Milt Christenson, the Court will allow Plaintiff a total of two hours of deposition time, to be split between these two witnesses as Plaintiff chooses. If possible these depositions are to be conducted on the same day, and Plaintiff should coordinate the timing with Defendant's counsel. The depositions are to be completed no later than December 20, 2006.

    Accordingly, Plaintiff's Renewed Motion to Extend Discovery Cutoff [Filed October 9, 2006; Docket #35] is **granted** as specified. Plaintiff's request to extend the dispositive motion deadline **denied without prejudice**. Plaintiff has not shown how these depositions are necessary before dispositive motions may be filed.