IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02339-MSK-MEH

MICHELLE GARCIA,

        Plaintiff,

v.

DILLON COMPANIES, INC., a Kansas corporation,
d/b/a CITY MARKET,

        Defendant .

---

## ORDER RESETTING FINAL PRE-TRIAL CONFERENCE

        THIS MATTER comes before the Court *Sua Sponte*. Due to the scheduling of a criminal trial,

        **IT IS ORDERED** that the Final Pre-trial Conference scheduled to commence **April 16, 2007 is VACATED** and **RESET to April 25, 2007 at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

        Dated this 12th day of April, 2007

        **BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge