## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover                               Date: May 7, 2007
Court Reporter:       Paul Zuckerman

Civil Action No. 05-cv-02339-MSK-MEH

*Parties*:                                                                          *Counsel Appearing:*

MICHELLE GARCIA,                                              Ronald Gregson

        Plaintiff,

v.

DILLON COMPANIES, INC.,                                    Nancy Webber
                                                                                                     Raymond Deeny

        Defendant.

## COURTROOM MINUTES

HEARING:   Final Pretrial Conference.

**1:36 p.m.     Court in session.**

Plaintiff and her counsel are present. Raymond Deeny and Nancy Webber, counsel for defendant and client representative Milt Christiansen are present.

Trial is set for July 9, 2007 for 3 days. This case is in a first position but is behind two criminal trials. This case will not proceed if the criminal trial(s) proceed.

**PENDING MOTIONS.**

**ORDER:**     Defendant's motion for leave to Amend Proposed Final Pretrial Order **(Doc. #72)** is **GRANTED.**

Review of the proposed final pretrial order - matters addressed:

        Witness List
        Exhibit List
        Trial length.

**ORDER:**     Pertinent to trial process: Time will be divided in half between the parties for the time allotted for trial. Opening statements will be 15 minutes and closing arguments will be 30 minutes.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER**:      Revised final pretrial order to be submitted by **May 29, 2007.**

Revised witness and exhibit lists to be submitted by **May 29, 2007.**

Proposed voir dire and jury inustructions will be submitted by **May 29, 2007.**

Motions in Limine to be filed by **May 17, 2007.**  Responses will be filed by **May 29, 2007.**

The parties do not request a final trial preparation conference.

**2:18 p.m.**     **Court in recess.**

**Total Time:    42  minutes.**
**Hearing concluded.**