IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02339-MSK-MEH

MICHELLE GARCIA,

    Plaintiff,

v.

DILLON COMPANIES, INC., a Kansas corporation,
d/b/a CITY MARKET,

    Defendant .

## ORDER REGARDING COMPLIANCE WITH RULES

**THIS MATTER** comes before the Court on the Defendant's Motion in *Limine* **(#76)** filed May 17, 2007.

The Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion **(#76)** is **DENIED**, without prejudice.

Dated this 23rd day of May, 2007

                                                      **BY THE COURT:**

*Marcia S. Krieger*

                                                     Marcia S. Krieger
                                                     United States District Judge