IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02339-MSK-MEH

MICHELLE GARCIA,

       Plaintiff,

v.

DILLON COMPANIES, INC., a Kansas corporation,
d/b/a CITY MARKET,

       Defendant.

---

## ORDER SETTING HEARING ON LAW AND MOTION CALENDAR

**IT IS ORDERED that:**

A non-evidentiary hearing is set for **July 6, 2007 at 4:30 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars* and be prepared to address the resetting of the trial, and the motions in limine.

Counsel may appear at this hearing by telephone. To appear telephonically, counsel shall contact the Courtroom Deputy at **303-335-2185** no later than noon on July 5, 2007 to make arrangements.

Dated this 2nd day of July, 2007

                                                 **BY THE COURT:**

                                                 Marcia S. Krieger
                                                 United States District Judge