# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover                                     Date: July 6, 2007
Court Reporter:     Paul Zuckerman

Civil Action No. 05-cv-02339-MSK-MEH

*Parties*:                                                              *Counsel Appearing:*

MICHELLE GARCIA,                                                        Ronald Gregson

       Plaintiff,

v.

DILLON COMPANIES, INC.,                                                 Raymond Deeny
                                                                        Dawn Webber
       Defendant.

## COURTROOM MINUTES

HEARING:    Law & Motion

**4:41 p.m.    Court in session.**

**ORDER:**    Defendant's Motion in Limine on First Charge **(Doc. #79)** is **DENIED** without prejudice.

**ORDER:**    Defendant's Motion in Limine on Second Charge **(Doc. #80)** is **DENIED** without prejudice.

**ORDER:**    The final pretrial order is **VACATED**. The deadline of **July 16, 2007** is set for filing either a new final pretrial order that both parties participate in the drafting of that accurately sets out what the plaintiff's claims are and the evidence to support every element and the evidence that sets out the defendant's defenses and the evidence to support those or the filing of a dispositive motion to dismiss which will be considered under Rule 56 of the Federal Rules because it is premised upon matters outside the complaint.

**ORDER:**    Trial set for July 9, 2007 is **VACATED** and will be reset after either receipt of a filed new final pretrial order or determination of dispositive motions filed on the date with has been specified.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**4:54 p.m.        Court in recess.**

**Total Time:    13  minutes.**
**Hearing concluded.**