IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02339-MSK-MEH

MICHELLE GARCIA,

    Plaintiff,

v.

DILLON COMPANIES, INC.,
a Kansas corporation,
d/b/a CITY MARKET,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 16, 2008.**

    Counsel for Plaintiff's Unopposed Motion to Withdraw [Filed April 14, 2008; Docket #124] is **granted**. Mr. Gregson's representation of Plaintiff is **terminated**.