IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| Courtroom Deputy: | Patricia Glover | Date: November 3, 2008 |
|---|---|---|
| Court Reporter: | Paul Zuckerman | |

Civil Action No. 05-cv-02339-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| MICHELLE GARCIA, | Elwyn Schaefer |
| | Scott Reese |
| Plaintiff, | |
| v. | |
| DILLON COMPANIES, INC., a Kansas corporation, d/b/a CITY MARKET, | Nancy Webber |
| | Raymond Deeny |
| Defendant. | |

## COURTROOM MINUTES

HEARING:    Continued Final Pretrial Conference.

**11:32 a.m.    Court in session.**

Counsel are present as listed above. Parties were excused from attending by the Court.

The Court addresses the jury instructions and voir dire received to date.

**ORDER:**    The stipulated factual instruction, statement of the case instruction and defendant will advise plaintiff if they dispute the facts contained in plaintiff's claim to which they have not yet objected to by **November 10, 2008.**

The Court addresses the revised Final Pretrial order filed by the parties.

The Court addresses defendant's Motion in Limine (**Doc. #150**).

**ORDER:**    The Court precludes the plaintiff's counsel from making any reference to evidence which is subject to this motion (**Doc. #150**) during opening statement. The Court otherwise denies this motion with leave to renew at the time of trial. Counsel for plaintiff will submit to defense counsel a list of instances that they may elicit

        testimony from witnesses that fall outside the 300 day window by **November 10, 2008**.

The Court confirms the current trial date of January 5, 2009 at 1:30 p.m., and that the four days set aside is adequate.

**11:55 a.m.**     **Court in recess.**

**Total Time:**     **23 minutes.**
**Hearing concluded.**